RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 3/23/11
BY QRC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

EDWARD ORTIZ FLORES
a/k/a Miguel Suarez Flores

CIVIL ACTION NO. 1:09-1198

VERSUS

JUDGE JAMES T. TRIMBLE, JR.
MAGISTRATE JUDGE JAMES D. KIRK

THE GEO GROUP, INC., et al.

J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

IT IS ORDERED that the Warden's and Geo Group's motion for summary judgement (Doc. 27) be DENIED.

THUS DONE AND SIGNED at Alexandria, Louisiana this 23rd day of March, 2011.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE