RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 6/1/11
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| EDWARD ORTIZ FLORES a/k/a<br>MIGUEL SUAREZ FLORES,<br>    Plaintiff | CIVIL ACTION<br>NO. 1:09-CV-01198 |
| VERSUS | |
| G E O GROUP, INC., et al.,<br>    Defendants | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Garrison's motion for summary judgment (Doc. 49) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 1st day of June, 2011.

                                         JAMES T. TRIMBLE
                                         UNITED STATES DISTRICT JUDGE